# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-1032

_____

Martin Lindstedt,                                    *
                                                     *
        Appellant,                             *
                                                     *
        v.                                     *   Appeal from the United States
                                                     *   District Court for the
Missouri Southern State College;                     *   Western District of Missouri.
Everett L. Howard; Andrew Love;                      *
Douglas Carnahan; City of Joplin,                    *   [UNPUBLISHED]
Missouri; Gary Avias; Bob Denis;                     *
Vicki Sue Myers; Julio Leon, MSSC's                  *
President; John Tiede, MSSC's                         *
Vice-President; Bill Boyer, MSSC's                   *
Chief of campus security; Joplin's City              *
Council, of 1990 through November 2,                 *
1993; David Niebur, Joplin's Chief of                *
Police; Alice Bradford, also known as                *
Aalice Bradford; Bernie Johnson, as                  *
member of the Joplin City Council in                 *
his official capacity; Doug Hunt, as                 *
member of the Joplin City Council in                 *
his official capacity; Milton Wolf, as               *
member of the Joplin City Council in                 *
his official capacity; Paul Bargar, as a             *
member of the Joplin City Council in                 *
his official capacity; Jim West, as                  *
member of the Joplin City Council in                 *
his official capacity; Donald Clark, as              *
member of the Joplin City Council in                 *
his official capacity; Bob Pullen, as                *
member of the Joplin City Council in                 *

his official capacity; Ronald Richard,     *
as members of the Joplin City Council     *
in his official capacity; Earl Carr, as     *
member of the Joplin City Council in     *
his official capacity,     *

                 *

        Appellees.     *

_____

Submitted: May 4, 2000
Filed: May 10, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Martin Lindstedt was arrested for a city ordinance violation and detained for a few hours after he refused to leave the Missouri Southern State College campus when asked to do so by an officer who was called to the scene in reference to a disturbance, and campus officials subsequently revoked permission for Lindstedt to hold meetings of a political group on campus. Lindstedt then filed this 42 U.S.C. § 1983 action against a number of individuals and entities associated with the college and the city. The District Court[1] granted summary judgment in favor of all defendants, and Lindstedt appeals. Having carefully reviewed the record and the parties' briefs, we agree with the District Court that defendants did not violate Lindstedt's constitutional rights, and that the grant of summary judgment was proper. See Dulany v. Carnahan, 132 F.3d 1234, 1237-38 (8th Cir. 1997) (summary judgment standard of review; if party opposing summary judgment does not seek shelter under Fed. R. Civ. P. 56(f) or otherwise ask for continuance, court generally does not abuse its discretion

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Judge for the Western District of Missouri.

in granting summary judgment based on record before it); <u>Habiger v. City of Fargo</u>, 80 F.3d 289, 295 (8th Cir.) (concerning Fourth Amendment right not to be arrested unless there is probable cause), <u>cert. denied</u>, 519 U.S. 1011 (1996); <u>see also</u> <u>Bloch v. Ribar</u>, 156 F.3d 673, 678 (6th Cir. 1998) (concerning elements of First Amendment retaliation claim).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

      A true copy.

           Attest:

                    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.